UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES,

        Plaintiff,

  v.

TRAVON T. PINKNEY,

        Defendant.

CASE NO. CR06-292C

ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL MOTIONS DEADLINE

THE COURT, having considered the defense motion, the records and files herein, hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(iv).

2. The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation, and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(8)(A).

IT IS THEREFORE ORDERED that the trial date in this matter be continued to

ORDER – 1

1  December 18, 2006.  The deadline within which to file pretrial motions shall be continued to November

2  20, 2006.  Voir Dire, Trial Briefs, and Jury Instructions shall be due by December 14, 2006.

3  IT IS FURTHER ORDERED that the period of time from the current trial date of October 23, 2006, up

4  to December 26, 2006, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. §

5  3161(h)(8)(A) and 3161(h)(8)(iv).

6      DATED this 18th day of October, 2006.

10  John C. Coughenour
11  United States District Judge

26  ORDER – 2