01

02

03

04

05

06                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  UNITED STATES OF AMERICA,                )
                                              )   CASE NO.  CR06-292-JCC
09           Plaintiff,                       )
                                              )
10           v.                               )   SUMMARY REPORT OF U.S.
                                              )   MAGISTRATE JUDGE AS TO
11  TRAVON TRAMONE PINKNEY,                   )   ALLEGED VIOLATIONS
                                              )   OF SUPERVISED RELEASE
12           Defendant.                       )
    _____  )
13

14          An initial hearing on supervised release revocation in this case was scheduled before me

15  on March 18, 2011.  The United States was represented by AUSA C. Andrew Colasurdo and the

16  defendant by Michael Filipovic for Paula Deutsch. The proceedings were digitally recorded.

17          Defendant had been sentenced on or about March 30, 2007 by the Honorable John C.

18  Coughenour on a charge of Felon in Possession of a Firearm, and sentenced to 53 months

19  custody, three years supervised release. (Dkt. 29.)

20          The conditions of supervised release included the standard conditions plus the

21  requirements that defendant abstain from alcohol and be prohibited from entering any

22  establishment where alcohol is the primary commodity for sale, participate in a substance abuse

01  program, submit to search, participate in a mental health program, provide his probation officer

02  with access to financial information as requested, and be prohibited from incurring new credit

03  obligations or opening new lines of credit.  The conditions of supervised release were modified

04  on January 12, 2010 to require defendant to reside in and satisfactorily participate in a residential

05  reentry center program for up to 120 days. (Dkt. 31.)

06          On June 8, 2010, defendant's probation officer reported that defendant had violated the

07  conditions of supervised release by using alcohol on or before June 2, 2010. (Dkt. 32.) Defendant

08  was reprimanded and referred for professional assessment.  No further action was taken at the

09  time.

10          The conditions of supervised release were modified on February 15, 2011 to require

11  defendant to reside in and satisfactorily participate in a residential reentry center program for up

12  to 120 days. (Dkt. 33.)

13          In an application dated March 15, 2011 (Dkt. 34, 35) U.S. Probation Officer Jennifer Van

14  Flandern alleged the following violations of the conditions of supervised release:

15          1.          Using PCP on or before March 12, 2011, in violation of standard condition 7.

16          2.          Being terminated from the Residential Reentry Center (RRC) on March 14, 2011,

17  in violation of the special condition requiring him to reside and participate in an RRC for up to

18  120 days as directed.

19          Defendant was advised in full as to those charges and as to his constitutional rights.

20          Defendant admitted the alleged violations and waived any evidentiary hearing as to

21  whether they occurred.  I therefore recommend the Court find defendant violated his supervised

22  release as alleged,  and that the Court conduct a hearing limited to the issue of disposition.  The

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2

01   next hearing will be set before Judge Coughenour.

02         Pending a final determination by the Court, defendant has been detained.

03         DATED this 18th day of March, 2011.

04

05                                                  Mary Alice Theiler
                                                    United States Magistrate Judge
06

07

08

09   cc:      District Judge:          Honorable John C. Coughenour
              AUSA:                    C. Andrew Colasurdo
10            Defendant's attorney:    Paula Deutsch, Michael Filipovic
              Probation officer:       Jennifer Van Flandern

11

12

13

14

15

16

17

18

19

20

21

22

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3